IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD P. GLUNK F.A.C.S.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **R. BARRETT NOONE, M.D., SCOTT M. GOLDMAN, M.D., MARIE VANBUSKIRK, MAIN LINE HEALTH, JOYCE MCKEEVER, et al** | : : : : | **NO. 15-5565** |

## ORDER

**NOW**, this 16th day of May, 2016, upon consideration of the Motion to Dismiss Plaintiff's Amended Complaint by R. Barrett Noone, M.D., Scott M. Goldman, M.D., Marie Vanbuskirk, and Main Line Health, Inc. (Document No. 15), the plaintiff's response, and the reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The Complaint is **DISMISSED** as to the defendants R. Barrett Noone, M.D., Scott M. Goldman, M.D., Marie Vanbuskirk, and Main Line Health, Inc.

2. This action is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania where there is a pending related action, Civil Action No. 14-659.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.